IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-74-3 |
| Plaintiff, | Judge Susan J. Dlott |
| v. | **ORDER EXTENDING DEFENDANT'S SELF-SURRENDER DATE THROUGH DECEMBER 6, 2021** |
| RICARDO MAXWELL, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Compassionate Release); In the Alternative Motion to Extend Surrender Date; and Motion for Stay of Surrender Date Pending Decision on Motion, which was filed on May 21, 2021. (Doc. 315.)

The Defendant suffers from ongoing, debilitating health conditions, which have been well-documented in the medical records he has provided to the Court. The Court has twice previously extended his self-surrender date due to his health. (July 21, 2020 Order, Doc. 276; February 12, 2021 Order, Doc. 312.) Most recently, the Court extended Defendant's self-surrender date through June 4, 2021. (Doc. 312.)

In his currently-pending Motion, Defendant asserts that his health has further deteriorated. Defendant continues to suffer from severe and debilitating medical conditions and requests a sentence reduction on this basis. In the alternative, Defendant asks the Court to extend or stay his self-surrender date scheduled for June 4, 2021 until his Motion has been fully resolved.

The Court will decide the merits Defendant's request for sentence reduction after it is ripe. Accordingly, Defendant's request for sentence reduction remains pending. However, due to Defendant's continuing serious medical issues, the Court **EXTENDS DEFENDANT'S SELF-SURRENDER DATE THROUGH DECEMBER 6, 2021.**

**IT IS SO ORDERED.**

                                                Judge Susan J. Dlott
                                                United States District Court